# Court of Appeals
# of the State of Georgia

ATLANTA,  August 02, 2018

*The Court of Appeals hereby passes the following order:*

## A18A2085. ERIC MITCHELL BLANTON v. THE STATE.

Eric Mitchell Blanton filed this direct appeal from the trial court's order revoking his probation. The record shows that Blanton waived a revocation hearing, and the trial court, in lieu of full revocation, amended the original order of probation to include a special condition that Blanton serve 45 days in jail or pay $1,500 toward fines and fees. In order to appeal the revocation of his probation, however, Blanton was required to file an application for discretionary appeal. OCGA § 5-6-35 (a) (5); *Andrews v. State*, 276 Ga. App. 428, 431 (1) (623 SE2d 247) (2005).  His failure to comply with the discretionary appeal procedure deprives this Court of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/02/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*